THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Lahborn Allah,       
Appellant.
 
 
 

Appeal From Richland County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2003-UP-005
Submitted October 22, 2002  Filed January 
 6, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for appellant.
Attorney General Charles M. Condon, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 and Solicitor Warren B. Giese, all of Columbia, for respondent.
 
 
 

 PER CURIAM:  Lahborn 
 Allah was convicted of trafficking in crack cocaine, possession with intent 
 to distribute cocaine, possession with intent to distribute marijuana, and unlawful 
 carrying of a pistol.  He was sentenced to twenty-five years imprisonment and 
 fined $25,000 for trafficking in crack cocaine, fifteen years imprisonment and 
 fined $15,000 for possession with intent to distribute cocaine, five years imprisonment 
 and fined $15,000 for possession with intent to distribute marijuana, and one 
 year imprisonment for unlawful carrying of a pistol.  The sentences were to 
 be served concurrently.  Pursuant to Anders v. California, 386 U.S. 738 
 (1967), Allahs counsel attached a petition to be relieved.  Allah filed a pro 
 se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Allahs appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED. [1] 
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 [1] Because oral argument would not aid the Court in 
 resolving any issue on appeal, we decide this case without oral argument pursuant 
 to Rule 215 and 220(b)(2), SCACR.